## Commonwealth v. Barnes, Appellant. Commonwealth v. Johnson, Appellant.

Argued November 9, 1971. *Paul A. Simmons*, with him *Tempest & Simmons*, for appellant; *John P. Liekar*, Public Defender, submitted a brief for appellant; *Jack H. France*, Assistant District Attorney, with him *John C. Pettit*, Assistant District Attor-

ney, and *Jess D. Costa*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed; reargument refused May 22, 1972.

SPAULDING, J., absent.